UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| K.K.; B.P.S.; C.S.; G.K.; <br> T.K., by their next friends and parents <br> K.K & B.P.S.; <br> O.H., by her next friend and natural mother C.S., <br> <br> Plaintiffs, <br> v. <br> <br> BERKS COUNTY; ASHLEA MELLINGER; <br> SHANNON CASE; CHRISTINE YUHASZ; <br> KARLA SANDERS; GEORGE M. KOVARIE; <br> BRANDY NEIDER, <br> <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> :   No. 5:15-cv-00475 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

_____

# O R D E R

AND NOW, this 31st day of March, 2016, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS ORDERED** as follows:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 14, is **GRANTED**.

2. Plaintiffs may file an Amended Complaint with respect to their claim against Defendant Berks County no later than **Thursday, April 21, 2016**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1